IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| R&T RENTALS, L.L.C., and F. RUTHERFORD SMITH, | ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 10-0518-KD-N

## JUDGMENT

In accordance with the Memorandum Opinion and Order finding in favor of Branch Banking and Trust Company (BBT) and against defendants R&T Rentals, L.L.C. and F. Rutherford Smith, and pursuant to Rule 58 of the Federal Rules of Civil Procedures, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of BBT and against R&T and Smith, jointly and severally, in the amount of $131,527.48 as the balance due (including interest) as of July 12, 2012, an attorneys' fees in the amount of $21,446.50, and costs in the amount of $1,483.55, for a total judgment of $154,457.53.

DONE this the 12th day of July, 2012.

                                              s/ Kristi K. DuBose
                                             KRISTI K. DuBOSE
                                             UNITED STATES DISTRICT JUDGE